## SCHOLLMEYER v. VAN BUSKIRK.

No. 4706.   Opinion Filed February 11, 1913.

(130 Pac. 138.)

1. **APPEAL AND ERROR**—Review by Transcript—Time of Taking —Writ.   When a judgment of the lower court is sought to be reviewed by transcript, the proceeding in error must be commenced in this court within six months from the date of its rendition.

2. **SAME**—Record—Motion for New Trial.   A motion for a new trial is not a part of the record brought up by a transcript.

(Syllabus by the Court.)

*Error from Oklahoma County Court;*
*John W. Hayson, Judge.*

Action between J. H. Schollmeyer and Jacob Van Buskirk. From the judgment, Schollmeyer brings error. Dismissed.

*John Shirk* and *H. L. Danner,* for plaintiff in error.

*Grant Stanley,* for defendant in error.

WILLIAMS, J. This proceeding in error seeks to review, by means of a transcript, a judgment rendered in the trial court on May 24, 1912.

A proceeding in error, commenced in this court after the expiration of six months from the rendering of said judgment or the overruling of a motion for a new trial, must be dismissed.

The action of the lower court in overruling a motion for a new trial is not brought to this court by means of a transcript. *Richardson et vir v. Beidleman et al.,* 33 Okla. 463, 126 Pac. 816, 818.

The proceeding in error must be dismissed.

All the Justices concur.